**CT Corporation**

**Service of Process Transmittal**
08/25/2020
CT Log Number 538145821

TO:     Kim Lundy Service Of Process
        Walmart Inc.
        702 SW 8TH ST
        BENTONVILLE, AR 72716-6209

RE:     **Process Served in Louisiana**

FOR:    WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Octavious Bradley, Pltf. vs. Walmart Inc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 92112A |
| **NATURE OF ACTION:** | Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/25/2020 at 09:05 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | - |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/25/2020, Expected Purge Date: 08/30/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / SK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Bradley, Octavious
Walmart Exhibit A


D2039816

# CITATION

OCTAVIOUS BRADLEY

VS

WALMART, INC.

DOCKET NUMBER: C-92112 A

**Tenth Judicial District Court**

**Parish of Natchitoches**

**State of Louisiana**

---

TO:   WALMART, INC.
      THROUGH AGENT CT CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA  70816

---

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Natchitoches Parish Courthouse, in the City of Natchitoches in said Parish.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, judgment may be entered against you without further notice.

Witness the Honorable Judges of our said Court on this AUGUST 14, 2020.


                          DAVID STAMEY, Clerk of Court

                          BY: _____
                              Deputy Clerk
                              Natchitoches Parish

ATTORNEY:

JOSH POWELL
 (318) 221-1507

ATTACHMENTS:

CERTIFIED COPY OF PETITION

### NOTICE

Access to the Natchitoches Parish Courthouse is available to those persons with disabilities who require a ground level entrance through the St. Denis Street entrance.  To request special accommodation call the Clerk of Court at (318) 352-8152 or the office of the Chief Judge at (318) 357-2210.  The following facilities are available to persons with disabilities:

*Ground level access at St. Denis Street entrance to courthouse
*Handicapped accessible elevator to all floors
*Wheelchair accessible doors to courtrooms

RECEIVED AND FILED
DAVID STAMEY
CLERK OF COURT

2020 AUG 14 A 10 11

BY: _____ DY. CLERK
NATCHITOCHES PARISH, LA

| | | |
|---|---|---|
| OCTAVIOUS BRADLEY | : | SUIT NO. 92112— A |
| VERSUS | : | 10th JUDICIAL DISTRICT COURT |
| WALMART INC. | : | NATCHITOCHES PARISH, LOUISIANA |

## PETITION

OCTAVIOUS BRADLEY, of the full age of majority and domiciled in Natchitoches Parish, Louisiana, respectfully represents:

1.

The defendant making this petition necessary is:

    A.  WALMART INC., a foreign corporation authorized to do and doing business in the State of Louisiana.

2.

Defendant owns and operates Walmart store #170 located at 925 Keyser Avenue, Natchitoches, LA 71457.

3.

On July 1, 2020, an incident occurred at Defendant's store as described below.

4.

While Octavious Bradley was in the store, a Walmart employee was pushing a cart loaded with totes.

5.

The Walmart employee turned a corner, and the totes fell off the cart and struck Mr. Bradley in the right hip, right ankle, and left shoulder.

6.

Mr. Bradley was injured when the totes struck him.

7.

The Walmart employee created a danger for the public and caused plaintiff's harm by:

    a)  Improperly handling the cart loaded with totes;

    b)  Failing to properly secure the cart loaded with totes; and

    c)  Failing to guard or warn guests of hazards.

ATTEST A TRUE COPY
This the 14th day of Aug, 2020
DAVID STAMEY, CLERK, 10th JDC LA
By: _____ Dy. Clerk

8.

Walmart created the danger for the public and caused plaintiff's harm by:

a) Improperly training, supervising, hiring, firing and retaining its employees; and

b) Failing to train proper safety procedures.

9.

Defendant caused the following harms and losses:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering;

c) Past, present and future mental pain and anguish;

d) Permanent injuries, disfigurement and disability; and

e) Loss of enjoyment of life.

10.

Plaintiff's claims equal or exceed the amount required for jury trial.

WHEREFORE, plaintiff prays that all harms and losses caused by the defendants be repaired by judgment; all expert fees, costs and interest should be borne by the defendants.

Respectfully Submitted,

MORRIS & DEWETT, LLC

By: _____
Josh Powell (#38378)
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 – Telephone
(318) 221-4560 – Facsimile
jpowell@shreveportlaw.net
ATTORNEYS FOR PLAINTIFF

**PLEASE SERVE**:
WALMART INC.
Through its Registered Agent for Service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816